IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 06cv00582 WDM-MEH

CUNA MUTUAL LIFE INSURANCE COMPANY,
an Iowa Corporation

      Plaintiff,

v.

FRANK A. APODACA, JR.; and
SUSANA CRUZ,

      Defendants.

_____

### ORDER RE: PLAINTIFF'S AMENDED MOTION FOR ISSUANCE OF SUMMONS AND TEMPORARY INJUNCTION
_____

This matter comes before the Court on Plaintiff's Amended Motion for Issuance of Summons and Temporary Injunction pursuant to 28 U.S.C. § 2361. Having reviewed that motion, the file, and being fully advised in the premises, it is ORDERED:

1. Defendants are enjoined from instituting or prosecuting any proceeding, except this proceeding, in any State or United States court affecting the property and *res* involved in this action of interpleader, until further order of this Court.

2. The United States Marshals Office for the Western District of Michigan is hereby authorized to serve the Summons to Frank A. Apodaca, Jr., previously issued by the Clerk in this case, and a copy of Plaintiff's Complaint on Frank A. Apodaca, Jr whose last known address is 1409 Wellington Road, Lansing, Michigan 48910.

1

DMWEST #6377827 v1

3.  The United States Marshals Office for the District of Colorado is hereby authorized to serve the Summons to Susana Cruz, previously issued by the Clerk in this case, and a copy of Plaintiff's Complaint on Susana Cruz, whose last known address is 429 12th St., Greeley, CO 80631.

DATED at Denver, Colorado, on April 11, 2006.

BY THE COURT:

s/ Walker D. Miller
United States District Judge