IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00582-MSK-MEH

CUNA MUTUAL LIFE INSURANCE COMPANY,

      Plaintiff,

v.

FRANK A. APODACA, JR; and
SUSANNA CRUZ,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 14, 2006.**

      Defendant Susanna Cruz's request to appear in person at the June 26, 2006, Scheduling Conference [Filed June 7, 2006; Docket #13] is **granted**.  Defendant Susanna Cruz shall appear at the conference in person, and not by telephone.