IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00582-MSK-MEH

CUNA MUTUTAL LIFE INSURANCE COMPANY,

       Plaintiff,

v.

FRANK A. APODACA, JR., and
SUSANA CRUZ,

       Defendants.

## ORDER REGARDING COMPLIANCE WITH RULES

**THIS MATTER** comes before the Court on the Motion of Plaintiff to be Released from This Action and for an Order requiring Notification of Receipt of Proceeds **(#39)** filed July 31, 2006.

    1. The Plaintiff has not complied with applicable provisions of the Federal Rules of Civil Procedure or the United States District Court for the District of Colorado Local Rules of Practice dated April 15, 2002, specifically, D.C.COLO.LCivR 7.1(A),

    2. The Plaintiff did not submit a proposed order as part of the electronic filing, as required by D.C. Colo. ECF Proc. V.L.2.

**IT IS THEREFORE ORDERED** that the Motion of Plaintiff to be Released from This Action and for an Order requiring Notification of Receipt of Proceeds **(#39)** is **DENIED**, without prejudice.

Dated this 31st day of July, 2006.

                                              **BY THE COURT:**

                                        */s/ Marcia S. Krieger*

                                        Marcia S. Krieger
                                        United States District Judge