IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00582-MSK-MEH

CUNA MUTUTAL LIFE INSURANCE COMPANY,

  Plaintiff,

v.

FRANK A. APODACA, JR., and
SUSANA CRUZ,

  Defendants.

## ORDER REGARDING COMPLIANCE WITH RULES

  **THIS MATTER** comes before the Court on the Submission of Expert Report, Statement of Expert's Fees and Costs, and Motion for Payment of Expert's Fees and Costs **(#48)** filed August 1, 2006.

  The Plaintiff has not complied with applicable provisions of the Federal Rules of Civil Procedure or the United States District Court for the District of Colorado Local Rules of Practice dated April 15, 2002, specifically, **D.C.COLO.LCivR 7.1(A),**

  **IT IS THEREFORE ORDERED** that the Submission of Expert Report, Statement of Expert's Fees and Costs, and Motion for Payment of Expert's Fees and Costs **(#48)** is **DENIED**, without prejudice.

  Dated this 2nd day of August, 2006.

          **BY THE COURT:**

          _____
          Marcia S. Krieger
          United States District Judge