IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00582-MSK-MEH

CUNA MUTUAL LIFE INSURANCE COMPANY,

    Plaintiff,

v.

FRANK A. APODACA, JR; and
SUSANNA CRUZ,

    Defendants.

## MINUTE ORDER DIRECTING PAYMENT
## FROM COURT REGISTRY

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 9, 2006.**

    For good cause shown, and based upon the Stipulation Regarding Settlement and Dismissal in this case, the Unopposed Motion for Payment of Expert's Fees and Costs [Filed August 3, 2006; Docket #50] is **granted**.

    From the funds deposited into the registry of the Court on July 18, 2006 (Docket #37), the office of the Clerk is directed to issue a check in the sum of $1,687.50 to Ms. Darla McCarley-Celentano in payment of her fees and costs as an expert in this case. The check shall then be mailed to Ms. McCarley-Celentano as follows:

Ms. Darla McCarley-Celentano
Plum Creek Forensic Lab, LLC
P.O. Box 21
Castle Rock, CO 80104